# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC
FILED
NOV - 7 2013
AT_____O'CLOCK_____M
JON W. SANFILIPPO, CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JOSE DURAN,

        Defendant.

**WAIVER OF INDICTMENT**

**CASE NUMBER: 12-CR-189**

I, Jose Duran, the above named defendant, who is accused of:

1. On or about July 12, 2012, in the State and Eastern District of Wisconsin and elsewhere, **JOSE DURAN** knowingly and intentionally distributed a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).
2. The offense involved at least 500 grams of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(b)(1)(B) and Title 18, United States Code, Section 2.

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _November 7, 2013_, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

        X _Jose Duran_
        JOSE DURAN, *Defendant*

        _John M. Nelson_
        JOHN M. NELSON, *Counsel for Defendant*

Before _Rudolph T. Randa_
The Honorable Rudolph T. Randa,
*United States District Court Judge*